**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
ANTHONY GREEN,

                    **Petitioner,**

   - against -

**JAMES J. WALSH**, Superintendent,

                    **Respondent.**
--------------------------------------------------------x

**ORDER**

**03 CV 2650 (NG) (LB)**

**GERSHON, United States District Judge:**

      No objections have been filed to the Report and Recommendation of Magistrate Judge Lois Bloom dated January 5, 2006, recommending that this petition for a writ of habeas corpus be dismissed as time-barred. I have nonetheless reviewed the report and recommendation.

      For the reasons stated by Judge Bloom, the petition is dismissed as time-barred.

      The Clerk of Court is directed to close this case

                         **SO ORDERED.**

                         _____/s/_____

                         **NINA GERSHON**
                         **United States District Judge**

Dated:      January 31, 2006
               Brooklyn, New York